| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOEVELER, WILLIAM M. | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>08/11/2011 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>301 NORTH MIAMI AVENUE<br>9TH FLOOR<br>MIAMI, FLORIDA 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. TRUSTEE | TRANSITION, INC. (NON-PROFIT REHABILITATION) |
| 2. BOARD OF CONTRIBUTORS | UNIVERSITY OF TEXAS, SCHOOL OF LAW "REVIEW OF LITIGATION" |
| 3. CO-TRUSTEE WITH NO. TRUST BANK | TRUST #1, DECLARATION OF TRUST, DATED 4\20\00 |
| 4. BOARD OF ADVISORS | UNIVERSITY OF MIAMI SCHOOL OF LAW CENTER FOR ETHICS AND PUBLIC SERVICE |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

Hoeveler, William M.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | SELF EMPLOYED - PHYSICAL THERAPIST |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   .TRUST #1 | | | | | | | | | |
| 2.   - C SH Microsoft | A | Dividend | J | T | | | | | |
| 3.   - No. Trust Money Market | B | Interest | L | T | | | | | |
| 4.   - C SH Wells Fargo | A | Dividend | J | T | | | | | |
| 5.   Checking Account - Bank of America, Coral Gables, FL | A | Interest | L | T | | | | | |
| 6.   NOW Checking Account, No. Trust Bank, Miami, FL | A | Interest | J | T | | | | | |
| 7.   - Corp. Bond units - Emerson Electric BD | B | Interest | | | Matured | 08/16/10 | L | | |
| 8.   - C SH GE Corp | A | Dividend | J | T | | | | | |
| 9.   - C SH Cisco | | None | J | T | | | | | |
| 10.   - C SH Chevron\Texaco | A | Dividend | J | T | | | | | |
| 11.   - C SH Johnson\Johnson | A | Dividend | J | T | | | | | |
| 12.   - C SH Pepsico | A | Dividend | J | T | | | | | |
| 13.   - C SH United Tech | A | Dividend | J | T | | | | | |
| 14.   - Bank of America (CD) | A | Interest | L | | | | | | |
| 15.   - SH MFB No FDS STK Index Fund (Nosix) | A | Dividend | K | T | | | | | |
| 16.   - SH MFB No Int'l Equity Index Fund (Noinx) | A | Dividend | J | T | Buy (add'l) | 05/06/10 | J | | No Trust Bank |
| 17.   - SH MFB No Mid Cap Index Fund (Nomix) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  . - C SH P&G | A | Dividend | J | T | | | | | |
| 19.  -C SH Apple | | None | J | T | | | | | |
| 20.  - C SH Emerson Electric | A | Dividend | J | T | | | | | |
| 21.  - C SH Hewlett Packard | A | Dividend | | | Sold | 12/31/10 | J | | No Trust Bank |
| 22.  - C SH Kellogg | A | Dividend | | | Sold | 09/22/10 | J | | No Trust Bank |
| 23.  - C SH Medco | | None | J | T | | | | | |
| 24.  - C SH Nat'l Oilwell Varco | | None | J | T | | | | | |
| 25.  - C SH Verizon | A | Dividend | J | T | | | | | |
| 26.  - SH MFB No. Emerging Mkt Equity Fund (Noemx) | A | Dividend | J | T | | | | | |
| 27.  - SH MFB No. High Yield Fixed Income Fund (NHFIX) | B | Dividend | K | T | Buy (add'l) | 05/06/10 | J | | No Trust Bank |
| 28.  - SH MFB No. Short Inter. US Govt (NSIUXC) | A | Dividend | K | T | Buy (add'l) | 05/06/10 | J | | No. Trust Bank |
| 29. | | | | | Buy (add'l) | 12/21/10 | J | | No Trust Bank |
| 30.  - SH MFB No. FDS Global Real Estate Index FD (NGREX) | A | Dividend | J | T | Buy (add'l) | 05/06/10 | J | | No. Trust Bank |
| 31.  - SH MFO Credit Suisse Commodity Fund (CRSOX) | A | Dividend | J | T | | | | | |
| 32.  -ITT Corp. Com. | A | Dividend | | | Sold | 05/10/10 | J | A | No Trust Bank |
| 33.  -C SH Baxter Int'l | A | Dividend | | | Sold | 01/12/10 | J | | No. Trust Bank |
| 34.  -C SH Costco | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | - C SH JP Morgan Chase | A | Dividend | J | T | | | | | |
| 36. | - C SH Spectra Energy | A | Dividend | J | T | | | | | |
| 37. | -MFB No. Multi Mgr Sm Cap NMMSX | | None | J | T | | | | | |
| 38. | -MFC ishares TR US Treas. (TIP) | A | Interest | J | T | | | | | |
| 39. | -FedEx SH | A | Dividend | J | T | | | | | |
| 40. | -McKesson Corp SH | A | Dividend | J | T | | | | | |
| 41. | -PG & E Corp. SH | A | Dividend | | | Sold | 09/22/10 | J | | No. Trust Bank |
| 42. | -United Health SH | A | Dividend | J | T | | | | | |
| 43. | -Honeywell Int'l Inc Sr NT -PAR | A | Interest | K | T | | | | | |
| 44. | -DuPont E I DeNemours PAR | B | Interest | K | T | | | | | |
| 45. | -MFC SPDR GOLD TR GOLD SH | | | J | T | | | | | |
| 46. | -MFO PIMCO (PCRIX) SH | A | Dividend | J | T | | | | | |
| 47. | -C SH Dominion Res Inc VA New Com (x) | A | Dividend | J | T | Buy | 09/22/10 | J | | No Trust Bank |
| 48. | -C SH Oracle (x) | A | Dividend | J | T | Buy | 12/31/10 | J | | No Trust Bank |
| 49. | -C SH Frontier Communication Corp (x) see Part VIII explain | | | | | Spinoff<br>(from line 29) | 07/02/10 | J | | No. Truest Bank |
| 50. | | | | | | Sold | 09/22/10 | J | | No Trust Bank |
| 51. | Trust #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Davis Real Estate Fund Class B | | None | J | T | | | | | |
| 53. - Davis Financial Fund Class B | | None | J | T | | | | | |
| 54. - Eaton Vance WW Health Sciences Fund Class B | | None | J | T | | | | | |
| 55. - Oppenheimer main St. Small Cap. fund CL A | A | Dividend | J | T | | | | | |
| 56. - Putnam Health Sciences Trust CL B | A | Dividend | J | T | | | | | |
| 57. - Putnam Int'l Equity Fund CL B | A | Dividend | J | T | | | | | |
| 58. - Putnam Int'l Capital Opportunities Fund CL B | A | Dividend | J | T | | | | | |
| 59. - Citigroup Diversified Futures Fund L | | None | K | T | | | | | |
| 60. - Annuity - Nationwide Life Insurance Co | | None | K | T | | | | | |
| 61. - Federal Home Loan MTG Corp | A | Interest | J | T | | | | | |
| 62. - Bank Deposit Program - Citibank | A | Interest | J | T | | | | | |
| 63. Brokerage Acct Managed Account Smith Barney | B | Dividend | M | T | | | | | |
| 64. CGM Roth Conversion IRA Smith Barney | | | | | | | | | |
| 65. -AIM Mid Cap Core Equity Fund CL A | A | Interest | J | T | | | | | |
| 66. - American Balanced Fund CL B | A | Interest | J | T | | | | | |
| 67. - Enterprise Small Co. Value Fund CL B | A | Interest | J | T | | | | | |
| 68. - Growth Fund of America CL B | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Morgan Stanley KLD Social Index Fund CL B | A | Interest | J | T | | | | | |
| 70. - Putman Int'l Equity Fund CL B | A | Interest | J | T | | | | | |
| 71. - Seligman Capital Fund CL A | A | Interest | J | T | | | | | |
| 72. - Seligman Cash Mgmt Fund | A | Interest | J | T | | | | | |
| 73. -Seligman Global Tech Fund CL A | A | Interest | J | T | | | | | |
| 74. - Seligman Communications and Informatin fund CL A | | None | J | T | | | | | |
| 75. Savings Account▨ 1st Nat'l Bank of So. Miami | A | Interest | J | T | | | | | |
| 76. Checking Account▨ Ist Nat'l Bank of So. Mimai | A | Interest | J | T | | | | | |
| 77. C SH Eastman Kodak▨ | A | Interest | J | T | | | | | |
| 78. C SH Prudential Financial Inc▨ | A | Interest | J | T | | | | | |
| 79. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION VII.  INVESTMENTS AND TRUSTS.

Line 49  Frontier Communications - On July 2, 2010, there was a notation on the account statement that reads as follows:  Capital Structure Change: Frontier Communications Corp. Com (FTR), received shares as a distribution of ▨▨▨▨ at a rate of .2400397313 share per $1.00 share held stock distribution record date 2010\06\07 ex date 2010/07/02:  underneath that in the same section under the same date reads as follows:  Verizon Communications Com (VZ) to reflect allocation of cost as a result of stock distribution record date 2010/06/07 ex date 1010/07/02.  I have listed this on Part VII as a spinoff. I am not sure what else to have described it as since it did not appear to be an out and out buy.  Frontier was then sold on Sept. 22. 2010. I received no income for the time it was held.

Starting with Trust #1 ▨ these are ▨▨▨▨ holding listed below it.  They are ▨▨▨▨ financial interest and responsbility and I derive no interest or benefit from them.  Line 63 is listed as a managed account and line 64 is a Roth Conversion IRA. ▨▨▨▨ has no control over the holdings in these accounts, and I have no further information on them.  On Line 68 there is no name associated with it other than their report saying Managed Account.  I have listed the brokerage house to help identify it. ▨▨▨ neither chooses what is to be sold or bought in her I

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ WILLIAM M. HOEVELER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544